**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARIN GAVIN BEST,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WILLOX,<br><br>　　　　Defendant. | No. 2:20-CV-1897-JAM-DMC-P<br><br><br>FINDINGS AND RECOMMENDATIONS |

　　　　Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Pending before the Court is Defendant's motion to dismiss, ECF No. 18. Plaintiff has not filed an opposition.

　　　　Defendant argues the operative first amended complaint should be dismissed in its entirety, without leave to amend, for failure to state a claim upon which relief can be granted. See ECF No. 18-1. Pursuant to Eastern District of California Local Rule 230(c), the Court construes Plaintiff's failure to file an opposition to Defendant's motion as consent to the relief requested.

/ / /

/ / /

/ / /

/ / /

/ / /

Based on the foregoing, the undersigned recommends that Defendant's unopposed motion to dismiss, ECF No. 18, be granted.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 14 days after being served with these findings and recommendations, any party may file written objections with the Court.  Responses to objections shall be filed within 14 days after service of objections.  Failure to file objections within the specified time may waive the right to appeal.  See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: February 14, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE